NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


WILLIAM MARK COLBURN, JR., )
DOC #D49113, )
)
      Appellant, )
)
v. )    Case No. 2D18-2623
)
STATE OF FLORIDA, )
)
      Appellee. )
_____ )

Opinion filed September 20, 2019.

Appeal from the Circuit Court for
Sarasota County; Stephen Walker,
Judge.

Howard L. Dimmig, II, Public
Defender, and Matthew J. Salvia,
Assistant Public Defender, Bartow, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.

      Affirmed.


BLACK, BADALAMENTI, and SMITH, JJ., Concur.